BENJAMIN C. MIZER, Principal Deputy Assistant Attorney General
JOHN W. HUBER, United States Attorney
DANIEL D. PRICE, Assistant United States Attorney (Utah Bar No. 2646)
JACQUELINE COLEMAN SNEAD, Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
kathryn.wyer@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C.   20530
Tel: (202) 616-8475
*Attorneys for Petitioner*

_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,<br><br>Petitioner,<br>v.<br><br>UTAH DEPARTMENT OF COMMERCE and UTAH DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSING,<br><br>Respondents. | CASE NO. 2:16-cv-611-DN<br><br>**REQUEST FOR ORDER TO SHOW CAUSE**<br><br>Chief Judge David Nuffer |

Petitioner the United States Department of Justice, Drug Enforcement Administration ("DEA") hereby requests that this Court enter an order requiring Respondents the Utah Department of Commerce and the Utah Division of Occupational & Professional Licensing ("Respondents") to appear on a date certain to show cause, if there be any, why they should not be ordered by this Court to comply with DEA's administrative subpoena, served on Respondents

1

pursuant to 21 U.S.C. § 876 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 ("Controlled Substances Act" or "CSA"), 21 U.S.C. §§ 801 *et seq.*

As grounds for this request, Petitioner incorporates herein the allegations in its Petition and accompanying Memorandum in Support.

DATED this 14th day of June, 2016.

>
> Respectfully submitted,
>
> BENJAMIN C. MIZER
> Principal Deputy Assistant Attorney General
> JOHN W. HUBER
> United States Attorney
> DANIEL D. PRICE (Utah Bar No. 2646)
> Assistant United States Attorney
> JACQUELINE COLEMAN SNEAD
> Assistant Director, Federal Programs Branch
>
> s/ Kathryn L. Wyer
> KATHRYN L. WYER (Utah Bar No. 9846)
> kathryn.wyer@usdoj.gov
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, NW
> Washington, D.C.   20530
> Tel: (202) 616-8475
> *Attorneys for Petitioner*