IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION<br><br>**Plaintiff,**<br><br>v.<br><br>UTAH DEPARTMENT OF COMMERCE and UTAH DIVISION OF OCCUPATIONAL and PROFESSIONAL LICENSING,<br><br>**Respondents.** | **ORDER**<br><br>Case No. 2:16-cv-00611<br><br>District Court Judge David Nuffer<br><br>Magistrate Judge Dustin Pead |

Recognizing the issuance of a summons (ECF No. 5, 6), the court hereby orders Plaintiff United States Department of Justice, Drug Enforcement Administration (Plaintiff), by close of business on June 17, 2016, to provide Respondents Utah Department of Commerce and Utah Division Of Occupational (Respondents) with courtesy copies of: this Court's Order, Plaintiff's Motion To Enforce Administrative Subpoenas (ECF No. 2), Plaintiff's Memorandum In Support of Motion To Enforce Administrative Subpoenas (ECF No. 7), the Affidavit of Diversion Investigator Robert Churchwell (ECF No. 8) and Plaintiff's Request For Order To Show Cause (ECF No. 9.)

Respondents reply to the motion, if any, shall be due no later than twenty one (21) days from June 17, 2016.

DATED this 16th day of June, 2016.

_____
Dustin Pead
U.S. Federal Magistrate Judge