John Mejia, USB No. 13965
Leah Farrell, USB No. 13696
jmejia@acluutah.org
lfarrell@acluutah.org
ACLU of Utah Foundation
355 North 300 West
Salt Lake City, UT 84103
(801) 521-9862

Nathan Freed Wessler (*pro hac vice* application pending)
Brett Max Kaufman (*pro hac vice* application pending)
nwessler@aclu.org
bkaufman@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

*Attorneys for Respondents–Intervenors*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,<br><br>*Petitioner*,<br>v.<br><br>UTAH DEPARTMENT OF COMMERCE and UTAH DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSING,<br><br>*Respondents*. | Case No. 2:16-cv-611-DN<br><br>**[PROPOSED] ORDER GRANTING MOTION TO PROCEED USING PSEUDONYMS**<br><br>Chief Judge David Nuffer |

UNITED STATES DEPARTMENT OF
JUSTICE, DRUG ENFORCEMENT
ADMINISTRATION,

        *Petitioner*,
v.

IAFF LOCAL 1696 et al.,

        *Respondents–Intervenors*.

Based on the motion of John Doe 1 and John Doe 2 to proceed in this matter using pseudonyms, it is hereby ORDERED that the Motion to Proceed Using Pseudonyms is GRANTED.

Signed this ___ day of _____, 20___.

        BY THE COURT

        _____
        David Nuffer
        United States District Judge