John Mejia, USB No. 13965
jmejia@acluutah.org
ACLU of Utah Foundation
355 North 300 West
Salt Lake City, UT 84103
(801) 521-9862

*Attorney for Respondents–Intervenors*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,<br><br>*Petitioner*,<br>v.<br><br>UTAH DEPARTMENT OF COMMERCE and UTAH DIVISION OF OCCUPATIONAL & PROFESSIONAL LICENSING,<br><br>*Respondents*. | Case No. 2:16-cv-611-DN<br><br>**ORDER FOR<br>PRO HAC VICE ADMISSION**<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,<br><br>*Petitioner*,<br>v.<br><br>IAFF LOCAL 1696, EQUALITY UTAH, AMERICAN CIVIL LIBERTIES UNION OF UTAH, JOHN DOE 1, and JOHN DOE 2,<br><br>*Respondents–Intervenors*. | |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of

DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Nathan Freed Wessler in the

United States District Court, District of Utah in the subject case is GRANTED.

Signed this 29th day of July, 2016.

BY THE COURT

_____
Dustin B. Pead
United States Magistrate Judge